```
                              FILED
                         October 15, 2009
                     CLERK, U.S. BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                                  D8
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Adversary Title :** Allamand v. One West Bank | **Case No :** 09-23878 - D - 13<br>**Adv No :** 09-02530 - D<br>**Date :** 10/15/09<br>**Time :** 10:00 |

**Matter :** Status Conference Re: [1] Complaint to be held on 10/15/2009 at 10:00 AM at Sacramento Courtroom 34, Department D (maws)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Plaintiff's Attorney – Douglas B. Jacobs
**Respondent(s) :**
(by phone)    Defendant's Attorney – Charles Nunley

### CIVIL MINUTE ORDER

Fingdings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the Adversary Proceeding is dismissed.

Dated: October 15, 2009

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court